

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SKW
F. #2021R00318

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 24, 2023

By E-mail

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Ilya Balakaev
               Criminal Docket No. 23-0079 (FB)

Dear Judge Levy:

        The government respectfully moves for an order unsealing the indictment and arrest warrant in the above-captioned matter.

               Respectfully submitted,

               BREON PEACE
               United States Attorney

        By:    /s/ Sara K. Winik
               Sara K. Winik
               Assistant U.S. Attorney
               (718) 254-6058

Enclosure

cc:    Clerk of Court (by ECF)